Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| MIREDDYS GONZÁLEZ CASTELLANOS<br><br>Parte Recurrida<br><br>v.<br><br>RAMÓN LUIS AYALA RODRÍGUEZ T/C/C REYMOND AYALA RODRÍGUEZ<br><br>Parte Peticionaria | TA2025CE00266 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Carolina<br><br>Civil núm.: CA2025CV01610<br><br>Sobre: Liquidación Comunidad de Bienes, Medidas Provisionales |

Panel integrado por su presidente, el Juez Ronda Del Toro, la Jueza Lotti Rodríguez y la Jueza Trigo Ferraiuoli[1].

Trigo Ferraiuoli, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de octubre de 2025.

Atendida la *Moción de Desistimiento* presentada el 7 de octubre de 2025, por la parte peticionaria, Ramón Luis Ayala Rodríguez, se declara la misma *ha lugar,* a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones[2]. Por tanto, se ordena el archivo definitivo de esta causa.

Notifíquese.

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Véase Orden Administrativa OATA-2025-170 en la que se designó a la Jueza Trigo Ferraiuoli en sustitución de la Juez Grana Martínez.
[2] Regla 83(A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).